# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Lopez Serrano,<br>a.k.a.: Jose Lopez-Serrano,<br>( A 077 575 447)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  17-7361 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Lopez Serrano, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about October 27, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  AUSA James R. Knapp for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  June 15, 2017

_____
*Judge's signature*

City and state:  Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 14, 2017, while conducting surveillance, the Phoenix ICE Mobile Criminal Alien Team Unit (MCAT) encountered Jose Lopez Serrano at 4016 N Black Canyon Highway, in Phoenix, Arizona while conducting a traffic stop.  At the scene, ICE MCAT officers interviewed Lopez Serrano and determined him to be a citizen of Mexico, illegally present in the United States.  On the same date, Lopez Serrano was transported to the Phoenix ICE office for further investigation and processing.  Lopez Serrano was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Lopez Serrano to be a citizen of Mexico and a previously deported criminal alien.  Lopez Serrano was removed from the United States to Mexico at or near Nogales, Arizona, on or about October 27, 2015, pursuant to the reinstatement of a removal order issued by an immigration judge.

1

There is no record of Lopez Serrano in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.   Lopez Serrano's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Lopez Serrano was convicted of Criminal Impersonation, a felony offense, on July 10, 2007, in the Superior Court of Arizona, Maricopa County.  Lopez Serrano was sentenced to one (1) year supervised probation Lopez Serrano's criminal history was matched to him by electronic fingerprint comparison.

5. On June 14, 2017, Jose Lopez Serrano was advised of his constitutional rights.  Lopez Serrano freely and willingly acknowledged his rights and agreed to provide a statement under oath.   Lopez Serrano stated that his true and complete name is "Jose Lopez Serrano" and that he is a citizen of Mexico.  Lopez Serrano stated that he entered the United States "hace 1 ano 1/2" ago (approximately a year and a half ago) through "Texas."  Lopez Serrano further stated that he had been removed from the United States to Mexico "two" times and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 14, 2017, Jose Lopez Serrano, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about October 27, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 15th day of June, 2017.


Bridget S. Bade,
United States Magistrate Judge

3